IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRELL JOHN ST. CLAIRE | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation:  18 U.S.C. §§ 922(g)(1), 924(a)(8), 924(d) and 2; and 28 U.S.C. § 2461(c) |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about December 16, 2022, in the District of North Dakota,

DARRELL JOHN ST. CLAIRE,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Simple Assault – Fire or Emergency Personnel, a Class C felony, in violation of N.D. Cent. Code § 12.1-17-01(1)(a), in State of North Dakota, East Central Judicial District, Cass County, Case No. 09-2020-CR-00640, on or about June 30, 2021;

2. Receiving Stolen Property, a felony, in violation of Minn. Stat. § 609.53.1, in State of Minnesota, 7th Judicial District, Clay County, Case No. 14-CR-18-1255, on or about October 23, 2019;

3. Fleeing a Police Officer in a Motor Vehicle, a Class C felony, in violation of N.D. Cent. Code § 39-10-71(1), in State of North Dakota, East Central Judicial District, Cass County, Case No. 09-2018-CR-02379, on or about September 5, 2019; and

4. Aggravated Assault – Domestic Violence, a Class C felony, in violation of N.D. Cent. Code § 12.1-17-02, in State of North Dakota, South Central Judicial District, Burleigh County, Case No. 08-2014-CR-02227, on or about December 29, 2014;

did knowingly possess in and affecting commerce a firearm, that is:

- a Mossberg 500A 12-gauge shotgun, bearing Serial Number R090267;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

DARRELL JOHN ST. CLAIRE

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including, but not limited to, the following:

- a Mossberg 500A 12-gauge shotgun, bearing Serial Number R090267.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/sj