AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| v. | ) |
| DARRELL JOHN ST. CLAIRE | ) Case No. 3:23-cr-00201 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Darrell John ST. CLAIRE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm by a Convicted Felon
Aiding and Abetting
Forfeiture Notice

Date:   10/26/2023

/s/ Shantel Jacobson
*Issuing officer's signature*

City and state:   Fargo, ND

/s/ Shantel Jacobson, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/26/23, and the person was arrested on *(date)* 2/28/24
at *(city and state)* Mandan, ND

Date: 2/28/24

Laura M Boll
*Arresting officer's signature*

Laura Boll, DUSM
*Printed name and title*